UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SONY MUSIC ENTERTAINMENT, et al.,

                 Plaintiffs,                                    22-cv-7380 (PKC)

     -against-                                           ORDER

TRILLER, INC.,

                 Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court is commanded by Rule 54(b), Fed. R. Civ. P., to consider whether there is "just reason for delay." This inquiry necessarily calls into question whether there would be a delay in the absence of entry of judgment on a single claim and the likely length of that delay.

       Fact discovery concludes on June 9, a month away. The Court has no intention of letting the copyright claim linger while the plaintiffs devote their energies to seeing whether and to what extent they can collect on a judgment on the contract claim.

       How much time is needed measured from the expiration of fact discovery to bring the copyright claim to trial? Plaintiffs have already stated that it would take them only 4 to 5 days to put their case in on both the contract and copyright claims. The parties shall respond within seven days.

       SO ORDERED.

                                                          P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
      May 8, 2023