UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRILLER, INC., <br><br> Defendant. | Case No. 22-cv-7380 (PKC) <br><br> [PROPOSED] PARTIAL FINAL JUDMGENT |

The Court, having considered Plaintiffs' Consent Motion for Partial Final Judgment, HEREBY FINDS good cause for, and ORDERS, entry of the following:

1) The Court expressly concludes that there is no just reason for delay in entering this Partial Final Judgment on Plaintiffs' breach of contract claim, and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court directs entry of partial judgment against the Defendant as set forth herein. Entry of Partial Final Judgment is in the interests of sound judicial administration and justice. Plaintiffs' breach of contract claim for the matter herein is fully resolved.

2) In accordance with the parties' stipulation on Plaintiffs' breach of contract claim, the Court orders Defendant to pay Plaintiffs the sum of four million, five hundred seventy-four, two hundred fifty dollars ($4,574,250.00).

3) This Partial Final judgment pertains only to Plaintiffs' breach of contract claim in the above-captioned matter. Nothing herein extends to, limits or waives any of Plaintiffs' other rights, claims or remedies.

4) This Court retains jurisdiction for the purpose of making any further orders necessary or

proper for the construction, implementation or modification of this Partial Final Judgment, the enforcement thereof and the punishment of any violations thereof.

On this 16th day of May, 2023
New York, NY

IT IS SO ORDERED

_____
P. Kevin Castel, United States District Judge

2