UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SONY MUSIC ENTERTAINMENT, et al.,

                          Plaintiffs,                      22-cv-7380 (PKC)

         -against-                              ORDER

TRILLER, INC.,

                          Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has the letters of the respective parties (ECF 51 & 52). Plaintiffs have satisfied the Court there is likely delay in this case caused by defendant and there is no just reason for that delay. The Court will enter the proposed Rule 54(b) judgment.

        Defendant Triller shall within five days of this Order submit an affidavit from an officer, director or managing agent of Triller attesting to whether Triller has now brought itself in full compliance with the Court's Order of March 9, 2023 and, if not, in which respects it is not in full compliance. If defendant is not in full compliance with the March 9 Order, the Court reserves the authority to strike defendant's answer and enter a default judgment on the remaining claims.

        SO ORDERED.

Dated: New York, New York
       May 16, 2023

                                                    P. Kevin Castel
                                            United States District Judge

1