# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SONY MUSIC ENTERTAINMENT, et al.,

      Plaintiffs,

    v.

TRILLER, INC.,

      Defendant.

**Case No. 22-cv-7380 (PKC)**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that, to the extent any claims have not been resolved by a prior decision or order in this case, all remaining claims asserted by Plaintiffs in this action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, that each party hereby waives all rights to appeal any issue in this case.

**STIPULATED AS TO FORM AND SUBSTANCE:**

Dated:  August 14, 2023

Peter Fields
Ritholz Levy Fields LLP

Jeffrey M. Gould
Matthew J. Oppenheim

235 Park Ave S FL 3
New York, NY 10003-1405
(212) 448-1800
fields@rlfllp.com

   -and-

Chris L. Vlahos
Jenna L. Harris
Ritholz Levy Fields LLP
131 S. 11th Street
Nashville, TN 37206
(615) 250-3939
cvlahos@rlfllp.com
jharris@rlfllp.com

*Attorneys for Defendant*

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Tel.: 202-621-9027
matt@oandzlaw.com
jeff@oandzlaw.com

Andrew L. Guerra
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, Floor 19
New York, NY 10017
Tel.: 212-951-0122
andrew@oandzlaw.com

*Attorneys for Plaintiffs*